AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 5

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oliver Jr., Solomon | U.S. District Court | 6/5/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 1/1/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Carl B. Stokes US Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113-1838 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | College of Wooster |
| 2. Secretary and Council Member | American Bar Association Council of the Section of Legal Education and Admissions to the Bar |
| 3. Committee Member | Multi-State Bar Exam Evidence Drafting Committee, National Conference of Bar Examiners |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. * | Future Ohio State Teacher's Retirement System pension based on 12 years of service at age 60 for an estimated $23,000, if I do not withdraw my contributions (no |
| 2. | control). |
| 3. | |

RECEIVED JUN 7 11 11 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Evidence Drafting Committee Multi-State Bar Examination, Meetings on 4/28 and 9/15 | $ $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Heights Parent Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA Council of the Section of Legal Education and Admissions to the Bar | Salt Lake City, UT (2/11-12; Santa Fe, NM (6/16-19); Cbicago, IL (8/4-5); Las Vegas, NV (10/30-11/2) |
| 2. | National Conference of Bar Examiners | Sedona, AZ (4/28-5/2); Charleston, SC (9/15-18) (MBE Evidence Draftiung Committee Meetings) |
| 3. | The College of Wooster | Boston, MA (12/13-14) |
| 4. | | (Travel, lodging, food in conjunction with meetings and conferences). |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T common (also formerly SBC) | A | Dividend | J | T | | | | | |
| 2. Bell South common | A | Dividend | J | T | | | | | |
| 3. Bristol Meyers common | A | Dividend | K | T | | | | | |
| 4. Coca Cola common | A | Dividend | K | T | | | | | |
| 5. Morgan Stanley Dean Witter common | A | Dividend | K | T | | | | | |
| 6. Ford common | A | Dividend | J | T | | | | | |
| 7. General Electric common | A | Dividend | K | T | | | | | |
| 8. BF Goodrich common | A | Dividend | J | T | | | | | |
| 9. Goodyear common | A | Dividend | J | T | | | | | |
| 10. Heinz common | A | Dividend | J | T | | | | | |
| 11. Home Depot common | A | Dividend | K | T | | | | | |
| 12. Federated Department Stores (formerly May Co). common | A | Dividend | J | T | Partial sell | 10/12 | J | C | |
| 13. Federated Department Stores (formerly May Co.) common | A | Dividend | J | T | | | | | |
| 14. Merck common | A | Dividend | K | T | | | | | |
| 15. Nike common | A | Dividend | K | T | | | | | |
| 16. Sears common | A | Dividend | J | T | Sell | 5/15 | J | D | |
| 17. Liberty Media Corporation Class A | | None | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identify of buyer/seller (if private transaction) |
| 18. USX Marathon common | A | Dividend | J | T | | | | | |
| 19. WalMart common | A | Dividend | K | T | | | | | |
| 20. Putnam Global Equity | A | Dividend | K | T | | | | | |
| 21. 20th Cent. Select | A | Dividend | L | T | | | | | |
| 22. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 23. 20th Cent. Growth IRA | A | Dividend | K | T | | | | | |
| 24. 20th Cent. Select IRA | A | Dividend | K | T | | | | | |
| 25. 20th Cent. Select IRA | A | Dividend | K | T | | | | | |
| 26. Fidelity Puritan Keogh | A | Dividend | K | T | | | | | |
| 27. CREF stock-403(b) | A | Dividend | O | T | | | | | |
| 28. TIAA Annuity-403(b) | A | Interest | M | T | | | | | |
| 29. Ohio Savings Bank Accounts | B | Interest | K | T | | | | | |
| 30. Scudder International Fund | A | Dividend | J | T | | | | | |
| 31. Vodaphone | A | None | J | T | | | | | |
| 32. Pepsico | A | Dividend | L | T | | | | | |
| 33. Allstate | A | Dividend | K | T | | | | | |
| 34. Lucent Technology | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tricontinental Global | A | Dividend | J | T | | | | | |
| 36. Citicorp | A | Dividend | J | T | | | | | |
| 37. Resource Careers, Inc. 401K | A | Dividend | J | T | | | | | |
| 38. Cisco | | None | J | T | | | | | |
| 39. Zimmer | | None | J | T | | | | | |
| 40. Lowes | A | Dividend | J | T | | | | | |
| 41. Pfizer | A | Dividend | J | T | | | | | |
| 42. Charter One Bank | A | Interest | K | T | Redemption | 8/26 | K | A | |
| 43. Medco Health | A | Interest | J | T | | | | | |
| 44. Comcast | A | Interest | J | T | | | | | |
| 45. Vanguard Intermediate Term Tax-Exempt Fund | A | Interest | K | T | Buy | 1/13 | | | |
| 46. Vanguard 500 Index | A | Dividend | K | T | Buy | 1/13 | | | |
| 47. Vanguard Small Cap Index | A | Dividend | K | T | Buy | 1/13 | | | |
| 48. Dollar Bank | B | Interest | K | T | Buy | 11/25 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/5/06 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___6/6/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544